UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



James West                           3528377

_(Enter above the full name of the plaintiff_        _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**                CIVIL ACTION NO. 2:17-cv-03723
                          _(Number to be assigned by Court)_

Simona Southall

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____    No __X__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.    Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2.    Court (if federal court, name the district; if state court, name the county);

_____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned:

_____

    5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

II. **Place of Present Confinement:** South Central regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes _X_      No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ___      No _X_

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: Everytime I'v asked them any Question about my stay They say Im ODC.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: James West 3528377

        Address: 1001 Centre Way Charleston WV 25309

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.  Defendant: _Simona Southall_

is employed as: _Parole Officer_

at _____

D.  Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_____

_____

_____

_____

_____

_____

_____


**IV.   Statement of Claim (continued):**

**V.   Relief**

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

Discharge me from parole

V.   **Relief (continued)):**

VII. **Counsel**

   A.   If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   B.   Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

   Yes _____   No __X__

   If so, state the name(s) and address(es) of each lawyer contacted:

   If not, state your reasons: _I'v been in Jail_

   C.   Have you previously had a lawyer representing you in a civil action in this court?

   Yes _____   No __X__

6

If so, state the lawyer's name and address:

_____

_____

Signed this _22nd_ day of _July_, 20_17_.

_James West 3528377_
_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-22-17___.
               (Date)

_James West_
_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7