```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

**JAMES WEST,**

       **Plaintiff,**

**v.**                                               **Civil Action No. 2:17-cv-3723**

**SIMONA SOUTHALL,**

       **Defendant.**

## MEMORANDUM OPINION AND ORDER

**The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on July 3, 2018; and the magistrate judge having recommended that the court dismiss this matter, without prejudice, for failure to state a claim upon which relief can be granted; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.**

**It is, accordingly, ORDERED that the plaintiff's complaint be, and it hereby is, dismissed.**

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: December 17, 2018

John T. Copenhaver, Jr.
Senior United States District Judge